FILED'06 NOV 27 13:00USDC-ORE

FILED'06 NOV 27 16:44USDC-ORE

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| LOIS E. SMITH,<br>    Plaintiff,<br><br>    v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br>    Defendant. | CV 06 - 6054 - HO<br><br>ORDER |

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $4865.50 and costs in the amount of $250, for a total of $5115.50, are awarded and to be paid directly to Plaintiff's Attorney, Richard F. McGinty, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this 27th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff